[No. 35368-3-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVAN ARTICE
DOZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King.
County, No. 94-1-01558-0, Brian D. Gain, J., entered
October 7, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Agid and Becker, JJ.


[No. 35564-3-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
BERNARD SHROCK III, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03511-4, Faith Enyeart Ireland, J., entered
October 17, 1994. *Affirmed* by unpublished per curiam
opinion.


[Nos. 36110-4-I; 36111-2-I.    Division One.    March 23, 1998.]


THE STATE OF WASHINGTON, *Respondent*, v. JULIE ANN
SCHATZ-SOUSA, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 92-1-05033-8, 92-1-05032-0, Laura C. Inveen,
J., entered February 6, 1995. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Grosse and Agid,
JJ.


[No. 36248-8-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID ARNOLD
YOST, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03681-1, George T. Mattson, J., entered
March 8, 1995. *Reversed* by unpublished per curiam
opinion.